Good morning your honors may it please the court I am Robert Silverman I am the appellant and I am an improper. This case really has three fundamental issues before you with regard to the anti-slap section under CCP 425.16 and that is whether or not these five plaintiffs in this particular case were my clients and whether or not there was in fact an attorney-client relationship. I believe that is the major threshold question for the court. But it's not here exactly on the merits right it's here as to whether there's a colorable claim. Your honor I'm not quite sure I understand your question. We're dealing with prong to the slap motion requirement which doesn't require that we decide that question it only requires that there have been a sufficiently colorable showing. Actually Judge Cronstadt found that there was no free speech violation. I understand that but that doesn't matter does it? It does not because you have de novo review. No it doesn't matter because there's a second prong. There is a second prong. Okay. And we believe that Judge Cronstadt did not sufficiently evaluate the second prong as well. So that was what I was trying to say so let's go back to that. Okay would the court like me to focus. The first part doesn't matter if they if the showing in the second part was adequate and the showing doesn't have to be that they were your clients it has to be that they there is adequate evidence in the record to make that a colorable claim. Yes I agree with the court that while the client situation is a threshold question because if they're not my clients they have no basis to assert attorney-client privilege which fundamentally affects the anti-slap motion but it does circle back under the second prong as well whether or not if they even if they have proven that they are subject my clients and entitled to an attorney-client relationship there's still an issue is have they met their burden and I believe and we have argued and set forth that they have not met their burden. As to what? Excuse me? Met their burden as to what? Well they made three particular arguments one of which is that they were charged an excessive fee for the services that were delivered. The record before the court is simply that they paid approximately two thousand dollars for attorney services. In their own declarations there's only three plaintiff declarations submitted in opposition to the anti-slap motion. The court is held is once there's a shifting of the burden for prong two it is to the plaintiff to prove their case not necessarily a prima facie but they have to do more than that they have to show that they have the basis of succeeding because the whole purpose of the structure of an anti-slap motion is to prevent litigation prevent unnecessary litigation it's not merely to show up before the court and say yes your honor look at our complaint we've set forth all of this and judge Cronstadt literally looks back at the complaint for a large portion of his position in his ruling and that's not sufficient so what you really have before the court to analyze the plaintiff's position are three declarations not five declarations from the plaintiffs but three declarations and all that declaration says is literally I paid money to some third party with the expectation that I would get attorney services. The fee that they paid is two thousand dollars. If we're going to have a discussion of excessive fee it's for the plaintiffs to put forth to the court expert testimony to justify that in fact that fee is excessive. The plaintiffs didn't do that there is no declaration from any expert that says even if they paid two thousand dollars that that's an excessive fee. The other issue that I think the claim I thought the claim was not so much that it's excessive but that they were required to pay for fees that should have been borne by the employer right? Yes and that was one of their other arguments that they put forth as to the basis of malpractice and this is where judge Cronstadt clearly erred in his analysis in that he asked for supplemental briefing on this case. This is the issue of whether or not the plaintiffs paid fees that they should not have paid is really an issue between themselves and the school district. The school district their employer is obligated to pay them a prevailing wage. The prevailing wage is established by the Department of Labor through a very sophisticated process of submitting a labor condition application and they look at the job position they look at the jurisdiction in which the person will be performing the services and they say to the school yes you meet the prevailing wage that that's a minimum that they have to pay. In this particular case these teachers actually received above and beyond the minimum because they were credited with having a master's degree or their teaching in the Philippines they were actually paid above the minimum the prevailing wage which is the base amount. So what happens is even if there is a violation under the CFRs their obligation is to file a Department of Labor complaint. The Department of Labor would then investigate that and in fact the plaintiffs did file a Department of Labor complaint as far as I understand the Department of Labor did investigate these schools. To my knowledge there has never been one violation issued by the Department of Labor. Is that in the record? Yes it is in the record. So in this particular situation they don't have the basis to allege that I've paid fees that I shouldn't have paid until the Department of Labor verifies that. But even if the Department of Labor verifies that the answer is that the school district would have to pay. I'm sorry I'm not understanding why the Department of Labor has to verify it. Because what would happen is any fees that they pay that the law says they shouldn't pay would lower the prevailing wage that the school district is actually paying them. That's the only jurisdiction specifically rests with the Department of Labor and that's under 20 CFR 655.740. Can I switch gears for just looking at one of these notice of appearance forms relied on to find that in fact these plaintiffs were your clients. I guess I'm I understand your positions that you never represented them as individuals. You only represented the employer but both the boxes are checked. They are checked. I don't how can you I'm not sure how we could say that the court erred in finding that these people really were your clients just on the basis of those documents alone. Well we have to consider 8 CFR 103.2 which is controlling and what's controlling because it even says it controls on the form is that the beneficiary in this particular case does not make an appearance in the application process in the petitioning process with USCIS. Why is that? You still could be representing them. You cannot use the 28 to establish my representation. Why were they asking you then? I'm sorry. Why was there even a box for that? You would have to ask the people who designed. Why did you check the box? We checked the box and I put that in a declaration with regard to the anti-slap motion because we were for EBR for existence. I think they had about 300 teachers. It's a security concept. The fact is is the school district signs off on my representation for them for a particular file. Otherwise you're stuck with a blank representation that could be used. I'm sorry I don't understand what you're saying. You're representing to the body that this is being submitted to that I hereby enter my appearance as attorney for and then you check the beneficiary and the person's name is right there. So are you saying that's a false representation? It's not a false representation. It's a documentation for security purposes. The school district has to sign off on that. So if you don't have the teacher's name on this form the school district is signing a blank representation. I would not misuse that but there are people along the way who would misuse that and in fact. I'm really not understanding. The form isn't going it's going to the government. It's not going to the school board. No the school board signs off on it to acknowledge that I represent that particular file. Right which has a name. I mean it has a person it could be on behalf of somebody but that doesn't require that you say you're representing that person. There's no other place on the form to put that I represent that person. Otherwise you're saying you don't represent that person. There's no place in the form that says this is school board submitting a form to get a visa for Joe? Not on the G-28 no. Well I'm also troubled I guess by the different teachers but you represent plaintiff's day that you represent not only the school district but the individual teacher. But those are very unique situations that did not necessarily apply to the five plaintiffs that are before the court. I thought this is a class action by the way. It was pled as as a prospective class action. It has been certified? Unfortunately after the filing of the appellate which placed a stay Judge Cronstadt did in fact certify. It has been certified? It has been certified. During the stay of this case while this appeal was pending. So at the conclusion of this I suspect to take some action but I haven't been able to take any action because there is a stay in place. Can I just back all up for a minute although I said I wasn't that interested in the First Amendment part of it and I don't understand there seems to be maybe some case law saying this but why does a lawyer it in a representative capacity have any First Amendment rights? In this particular case this is a petition to the government. It's not a typical. I mean I can understand a theory that said well you essentially are asserting the First Amendment rights of your clients but I don't see why you have a First Amendment right. I would refer the court to the Mindy's cosmetic case which is well cited. And it kind of assumed that. It didn't address it but it seems to have assumed it. But it seems very odd to me because you're basically operating in a business. You're not even expressing your own views. You're not. You're you know you're a shill essentially. You're there for on behalf of your clients. They may have none of the views expressed may not be your views and I don't understand. Aren't they the real. I apologize. Aren't they the real petitioners? The school board is and therein lies the inherent problem of this case is why am I being sued for an issue of malpractice while representing the school board. How can you I think and I apologize for interrupting the judgment. How can you where do you get standing to assert a First Amendment violation? Well at this juncture I'm being sued for my actions of filing a petition on behalf of a client. But on behalf of exactly. It's not on behalf of you. You're not. You're not. The whole point of petitioning is that you're going and and expressing your views to the government. You're not expressing your views to the government. You're all you're a lawyer. Well I would position this that if you are correct your honor that we shouldn't be here before the court because there should be no basis. No I'm saying the opposite. I'm saying I don't see how you get to slap at all. Well the courts and the cases and the Supreme Court of California has basically said you can have anti-slap motions in these particular cases. It doesn't specifically address the issue of attorney malpractice in the Neville case. And in Neville it basically says there is no prohibition against any particular type of cause of action. And in fact the Ninth Circuit in the Mindy's case in a very similar situation where somebody basically filed the trademark on behalf of somebody else. The court did fine in the first prong there. The court specifically found that. I didn't deal with this problem because nobody seems to worry about it. But I'm now worrying about it. All I can go by is the Mindy's case, your honor. In the Mindy's case a very similar type of activity was considered to be particular First Amendment speech. Now in that court they did actually find under the second prong. But the first prong of being at free speech and constitutionally protected the court did acknowledge that that prong had been met. I'm past my time to answer your questions. I don't know. Okay. Thank you very much. Thank you, Your Honor. Good morning, Your Honors. And may it please the Court, my name is Sam Brook from the Southern Poverty Law Center on behalf of the plaintiff at the Lee Teachers. Judge Brewers, on the question that you're raising about the rights of a lawyer to exercise First Amendment activity, I think that the California courts have been clear. You start with the Pretty Wave case, which was cited in the Mindy's case, where in Pretty Wave says there is no slap applicability to a case for legal malpractice where it is the former client who is serving. Right, but of course I'm suggesting something broader. I'm saying that I'm not, it's not at all clear to me that a lawyer who was acting on behalf of a client, even if not in malpractice, is doing petitioning activity on his own behalf. Now I can imagine a Roe versus Wade like theory that says nonetheless he should be able to assert the First Amendment rights of his clients and that may be enough for a slap motion. But it's more, it appears to be more complicated than saying that he's doing petitioning activity because I don't think he is. I agree with that. And I guess the point that I'm trying to make is that when the cases have consistently held, the California cases have consistently held, that where a statute doesn't apply because you fail on step one, that is implicitly recognizing, I think, the issue that you're pointing to. And this wasn't just in the Pretty Wave case. After the Mindy's decision came out and after our briefing was in late in 2012, there was another California Appellate Court decision, Chodos v. Cole, and that's at 210-Cal-Ab-4th-692. And Chodos points to Mindy's but then reiterates the same point, that when clients are suing their former attorney for legal malpractice, that is not covered under step one of the slap statute precisely because in a malpractice case you're not suing for the petitioning activity, you're instead suing for the lack of legal representation through that process. Inadequate performance. I'm sorry, Judge, go ahead. Go ahead. You're suing for inadequate performance. That's correct. Now, I think Judge Burr's on point and I think I share it is where does Mr. Lawyer get standing? The person who's exercising the First Amendment rights is the applicant for the visa and the lawyer is simply applying his or her skills to enable that client, that individual, to exercise those rights by seeking relief from the government. I completely agree. I disagree with you, but go ahead. I mean, go ahead. I mean, what would happen is then the legal malpractice claim, of course, would fail. You would fail under 12b-6, right? You wouldn't be able to say a legal malpractice claim if you weren't, in fact, the client of the lawyer. But once you move past that, you know, the slap statute shouldn't apply where you have that attorney-client relationship. Well, I just, can you address the, I mean, obviously we're assuming then that your clients were his clients. Right. Can you, I mean, he obviously argues to the contrary. And you don't have a whole lot of evidence other than allegations to that effect. So maybe you can address why what we've got before us isn't enough. Absolutely. I mean, you know, as you all recognize, we can move immediately to Step 2 and affirm just on that basis. But under Step 2, it's a minimal merits test. You know, all we have to do is put forth a pre-mufflation case. We do have to produce evidence, but we did produce evidence, three categories of evidence. First of all, declarations from the plaintiff's teachers stating that they were of an attorney and that they would pay all of the fees for the attorney. Not just the $2,000, but also all of the fees related to the application process. Then we move on to the Notice of Appearance forms that you all had been discussing previously. You know, not only did Mr. Silverman check both boxes, but also if you look at those forms, they just have empty spaces to list as many or as few parties as necessary. There was no reason that Mr. Silverman had to list the beneficiary and certainly no reason he had to say that he was representing them. You know, you can see one of these forms at page 6 of the Supplemental Excerpts of Record. If you go on to pages 7, 8 and onward, you see the actual immigration application. In that application, they are required to state who the beneficiary is because the USCIS has to be able to notify the embassy in Manila, hey, there is a teacher who we've approved the visa for. This is their name. When they come in, make sure that this is the person who appears. All of that information for the individual is on the visa application form. Thus, you know, the concerns that Mr. Silverman is raising about fraud, I don't think withstand examining the documents. But even if they did, under the second step of the anti-SLAPP analysis, you need to fully credit all of the evidence in our favor. You need to draw all reasonable inferences from it in our favor. And Mr. Silverman can later, at a later stage in the case, try to argue to the contrary why his admission where he states that he is their attorney shouldn't be fully considered and credited. But at this stage, it is sufficient and more than sufficient to satisfy our burden to be permitted to move forward. Now, I understand Mr. Silverman to also be arguing that even so, there isn't a premonition case of malpractice or anything else actionable alleged. Where in the complaint are those – I saw the factual part, but where is the claim that pertains to Mr. Silverman and his malpractice? In the Second Amended Complaint, Your Honor? Yes. I believe it's in Counts 6 and 7. It's, I believe, paragraphs 381 to 388 of the Second Amended Complaint. And in there, we lay out the specific allegations. I think that, you know, we use a heading there. We define early in the complaint where we define the parties that they are the legal participants. And so we refer to Mr. Silverman in that way, not directly by name, but it's referring specifically to Mr. Silverman and to Silverman and Associates. Obviously, at this stage, the allegations in the complaint aren't enough. So what evidence did you produce with respect to the malpractice? Correct. So the evidence that we produced on behalf of malpractice was, number one, again, we've already discussed the attorney-client relationship. But as to malpractice, then, we have the declarations from the teachers stating that they paid all of these fees. And, you know, Mr. Silverman was talking about the prevailing wage. You can see the allegations and how we discussed that both in the supplemental briefing but also in our brief at pages 12 to 14. But let me give one, you know, very concrete example. The teachers state that they paid a $500 anti-fraud fee, that they were required to pay that fee. As a matter of law, under statute and on the immigration forms, that fee had to be paid by the employer. You can see this in the statutes at 8 U.S.C. 1184C12A. You can also see this explicitly on the immigration forms, where it says this $500 anti-fraud fee must be paid by the employer petitioner, page 13 of the supplemental. Okay. But let's assume all that's true. How does that mean that he did something wrong, though? Because he was, well, you, of course, have to agree with us that we have provided sufficient evidence that there was an attorney-client relationship between Mr. Silverman and the teachers. I'm sorry, Your Honor? But you also have to infer that he was the person to whom these fees were being paid and that he was somehow responsible for the fact that they were paid to him. Well, that's true. But, again, we're at a minimum merit stage. That's all that we have to produce here. We have the teachers stating that they were in the Philippines, that they were told by the recruiter defendants that they would be arranging for them a lawyer in the United States, that the recruiter defendants were collecting all of these fees and the $2,000 lawyer fee to go to that lawyer, and then we have the notice of appearance form. Let me stop you right there. Yes. Because what's the evidence that he's responsible for these people having to pay a fee that they shouldn't have paid? You just described it as the employer defendants are the ones who were extracting this unlawful fee, but I just don't hear the evidence that he was the one responsible for your clients paying that fee. Well, and so a slight modification, the recruiter defendants, so the universal placement, the recruitment company, not the employer defendants. But point well taken. I think it was Mr. Silverman's obligation to, of course, understand what the immigration law was. And he certainly – Do we know that he got paid? I'm sorry? Do we know that he got paid? Well, we do. So I'm not sure that we have anything in the record explicitly. I mean, it could be that they took the $2,000 and put it in their pocket. It could be. But, again, at this stage where there's – again, I say could be in the sense that we don't have an explicit anything in the record that says that it shows Mr. Silverman's bank account that has the money deposited in it at this stage. Anybody saying that he was paid to do this? Is anybody saying that he was paid to do this? Well, Mr. Silverman himself isn't even contradicting that he was paid. He says in his declaration – I'm sorry? But you need evidence. Well, we have evidence that the teachers paid money for a lawyer. We have evidence – For a lawyer and not to a lawyer, to these recruiter people. Well, for a lawyer. But then we have evidence that Mr. Silverman entered notice of appearance forms. Mr. Silverman wrote correspondence to third parties stating that he was the lawyer. I think that that would be more than sufficient under the minimum merit standard to conclude that he reasonably was the lawyer that the teachers were paying for. If the teachers – whether he got all the money or only part of the money, he clearly was understanding that he was acting as their lawyer. What is their – so the malpractice, the way you played it, is getting this money, which the evidence is relatively flimsy, and procuring one-year rather than three-year visas, and then generally otherwise participating in and facilitating the trafficking. That's the complaint. What is there in the record that's more specific? Anything else? No, just the declarations from the teachers stating that they paid these fees and that these fees were the legal obligation of Mr. Silverman's other clients. Is that malpractice? Well, I think it is. I mean, Mr. Silverman, of course, had to act zealously and look out for the interests of all of his clients. And if he was permitting a situation where one client was paying the fees that were the legal obligation of the other, I think that that's enough to make out a prima facie case that those clients were adversely affected by his performance. He, of course, we would assume – would be expected – we would expect a competent immigration attorney to know the immigration laws, to know the statute, to know the forms that say these fees are to be paid by someone else. And for him to then not provide any – Another one-year versus three-year. I understand that. Do you have any expert or anybody saying that any competent immigration lawyer would have gotten a three-year visa? Do we know they could have gotten a three-year visa? Well, at this stage we don't. But, again, we're at the prima facie slap statute. I don't think that we should be expected to produce an expert at this stage. We can talk about that later when we get to the actual merits. And you're alleging, if I understand correctly, you're alleging that that was a conscious decision to forego the three-year so that more control could be exercised over these teachers. That's right. And, therefore, the – I mean, the way I read the allegation was that there was basically a conflict of interest and that, by my definition, satisfies your pleading requirement because you've shown, hey, wait a minute, he's working on behalf of two sides here and he's benefiting the school district and this advantageous – the contrary, adversely affecting the teachers' interests. I have another question, and that is, is there any other lawyer anywhere in the record to whom these monies might have gone? I mean, did the school board, anybody else, have any lawyers signing anything at all in this whole process? No, no, there certainly is not. And, again, you know, the facts that Mr. Silverman submits is that he's the employed by – he contends he's employed by the school district. He never says anywhere in the record that he was paid by them. I think, again, the only reasonable inference is that the monies that was collected from the teachers in the Philippines went to the lawyer who then later represented that he was representing both him and the school districts  I see that my time has expired. If I may, one other question, if I may. Where does this fit on sort of the initial burden about the minimum merits or whatever? Is it more than probable cause, less than a preponderance? I mean, how do you define that? I mean, it's usually referred to as kind of a mirror summary judgment standard. Basically, whether or not we could survive a summary judgment motion brought by Mr. Silverman. It's also sometimes referred to as the directed verdict standard. So, you know, I don't – I haven't seen a corollary to saying probable cause, but it's saying, you know, based on the records – based on the facts that you have produced, could a reasonable finder of fact possibly, under any circumstance, rule in our favor? And that's all that the standard requires, and I think that we have, you know, amply assessed that. And I gather that the problem that you have faced is complete lack of any opportunity to take discovery. I mean, that's right. Everything has been stayed against Mr. Silverman because of this appeal. You know, we proceeded to trial against the other defendants, the recruiter defendants, in December while this appeal was taken and obtained a judgment against them, subject to post-judgment motions. But we haven't been able to do that yet, of course, against Mr. Silverman. They did not interpose slap motions. I'm sorry? They did not interpose slap motions. They did not. And I don't think there would have been any basis for the recruiter defendants to have done so. Okay. Thank you very much. Thank you very much. Mr. Silverman, we'll give you a minute. Thank you. I know you give one minute, but I would ask to indulge the Court for maybe like two to three minutes, and I will try to be as brief as possible. There's two scenarios that I really need to address with the Court, and it's the whole process for the Court to understand, is that teachers in the Philippines say they see a job posting. I'm interested. They do a little bit of a process to be pre-qualified. The school district goes to the Philippines and interviews the teachers personally and offers them a job. That job that is offered is a one-year job. Once that person accepts it, it's a one-year opportunity to prove themselves with the school district. Mr. Silverman, being me, is nowhere involved in this process. I'm not even a thought in anybody's mind. The reason why this is so important is because the labor condition application, referred to as the LCA, then becomes the first document that's filed in this process. That first document that's filed has to mirror the job offer. The job offer is for one year. They're not asking Mr. Silverman, should I take a one-year job offer or should I take a three-year job offer? The school district did not offer them three years. The school district offered them one year. That then gets reflected on the LCA. The LCA, once approved by the Department of Labor, becomes the backbone of the petition that then gets to me. Are you saying that if the employer offers a one-year job offer, that you as the lawyer could not petition for a three-year? Correct. But in this case, I would direct the court to A8 CFR 214.2 small h v. In that particular code section, it states that you cannot get more than a one-year visa unless you have a license. These are teachers. They have to be licensed by, in this case, the state of Louisiana. If it was California, they'd have to be licensed by the state of California. The state of Louisiana could not give them a license until they were physically present in the United States and had obtained a social security number. All the state of Louisiana could say to USCIS is simply they're eligible for a license once they get here. When you look at A8 CFR 214.2 h v, that's the guideline that says in those particular situations, you can only have a one-year visa. They were not eligible for a three-year visa. These are the points of why I'm saying Judge Cronstadt failed in the analysis. This is by law they're not entitled to a three-year visa. Factually, I, as an attorney, was not even in the picture to be consulted with or to be discussed with at the time they were being offered a one-year job placement. For factual reasons and legal reasons, it fails. This is why an anti-SLAPP is important because they can't prove their case. They will not prove their case, and they will not meet the summary judgment standard. A summary judgment standard is not simply a prima facie case. It's putting forth admissible evidence to sustain the allegations. Thank you very much. Thank you.
judges: Carr, Berzon, Watford